# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOLDSTEIN, | Case No. 2:16-cv-00229-WBS-EFB |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 to 100,, | |
| Defendants. | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-00229-WBS-EFB, is dismissed in its entirety as to all defendants with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 7, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE